**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | MISCELLANEOUS ACTION |
| FRANK J. MARCONE : | |
| : | No. 08-164 |
| : | |

## MOTION TO WITHDRAW

Undersigned counsel moves this Court to withdraw from representation of Frank J. Marcone in the above-referenced case.

Mr. Marcone does not object to this motion and wishes to appear in this litigation, pro se.

Wherefore, undersigned counsel respectfully requests that this motion to withdraw be granted.

Respectfully submitted,

April 14, 2009

/s/ Ellen C. Brotman
Ellen C. Brotman
ID # 71775
Montgomery, McCracken,
  Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
215-772-1500
Fax No. 215-772-7620
ebrotman@mmwr.com