IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        MISCELLANEOUS ACTION
                                    :
FRANK J. MARCONE                    :        NO. 08-164

## ORDER

**AND NOW**, this 30th day of April, 2009, after careful consideration by this Court of Frank J. Marcone's "Motion to Reconsider the Court's Order Entered on February 18, 2009" (Docket No. 20), the Second Supplemental Report and Recommendation prepared by a committee of this Court, composed of Judge John R. Padova, Judge Bruce W. Kauffman, and Judge Juan R. Sanchez, and Mr. Marcone's Exceptions to the Second Supplemental Report and Recommendation, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.   Mr. Marcone's Exceptions to the Second Supplemental Report and Recommendation are **OVERRULED**;

2.   The Second Supplemental Report and Recommendation is **APPROVED** and **ADOPTED**;

3.   The Motion to Reconsider is **DENIED**;

4.   Mr. Marcone is suspended from the practice of law in this Court for a period of two years effective on May 7, 2009 at 4:00 p.m.;

5.    Mr. Marcone shall comply with the following

requirements, on or before 4:00 p.m. on May 18,

2009:

(a)  Mr. Marcone shall promptly notify,
or cause to be notified, by registered
or certified mail, return receipt
requested, all clients being represented
in pending matters, other than
litigation or administrative
proceedings, of his suspension and his
consequent inability to act as an
attorney after the effective date of his
suspension and shall advise said clients
to seek legal advice elsewhere.

(b)  Mr. Marcone shall promptly notify,
or cause to be notified, by registered
or certified mail, return receipt
requested, all clients who are involved
in pending litigation or administrative
proceedings, and the attorney or
attorneys for each adverse party in such
matter or proceeding, of his suspension
and consequent inability to act as an
attorney after the effective date of his
suspension.  The notice to be given to
the client shall advise the prompt
substitution of another attorney or
attorneys in his place.  In the event
the client does not obtain substitute
counsel before the effective date of Mr.
Marcone's suspension, it shall be Mr.
Marcone's responsibility to move in the
court in which the proceeding is pending
for leave to withdraw.

(c)  Mr. Marcone shall not accept any
new retainer or engage as attorney for
another in any new case or legal matter
of any nature after the entry date of
this Order.  However, during the period
from the entry date of this Order and
its effective date, he may wind up and
complete, on behalf of any client, all
matters which were pending on the entry
date.

6.    On or before 4:00 p.m. on May 20, 2009, Mr.

Marcone shall file with the Clerk a verified

statement showing that the provisions of this

Order and these restrictions have been fully

complied with and such statement shall also set

forth Mr. Marcone's residence or other address

where communications may thereafter be directed.

BY THE COURT:


/s/ Harvey Bartle III
Harvey Bartle III, Chief Judge