To the Clerk of the Eastern District Court:

Enclosed please find the letters as well as proof of service as is required to satisfy the withdrawal of appearance in all cases pursuant to my suspension in case number 08-164.

>Frank J. Marcone
>2530 N. Providence Road
>Upper Providence, Pennsylvania 19063
>484 442 8305
>Fax 484 442 8306.

May 29, 2009



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thomas Tuohey
   116 West Winona Avenue
   Norwood, PA 19074

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Ronald Cornuta   B. Date of Delivery: 5-22

C. Signature: X Ronald Cornuta   ☑ Agent   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   R.J.C.

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0000 1150 6383

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---



---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Gibbons
   32 West Baltimore Pike
   Media, PA 19063

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery: 5/22/09

C. Signature: X   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0000 1150 6390

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Tuohey
116 West Winona Avenue
Norwood, PA 19074

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Ronald Conroy   B. Date of Delivery: 5-22

C. Signature: X Ronald Conroy   ☒ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

R.J.C.

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0000 1150 6383

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---



Mr. and Mrs. Thomas Scavello
4039 Steeplechase Drive
Collegeville, PA 19046

[Postmark: COLLEGEVILLE PA MAY 22]

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Gibbons
32 West Baltimore Pike
Media, PA 19063

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery: 5/22/09

C. Signature: X   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7005 1820 0000 1150 6390

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

*Frank J. Marcone, Esquire*
*Attorney at Law*
*2530 North Providence Road, Upper Providence, Pennsylvania 19063*

*484 442 8305*                                                                                         *Fax 484 442 8306*

*federal practice only*

May 19, 2009

Thomas & Gina Scavello
4039 Steeplechase Drive
Collegeville, Skippack Township
Montgomery County, 19426

Re: Scavello v. Skippack Twp. et al

Dear Thomas & Gina:

    As a result of an accusation that I practiced law in Pennsylvania during a suspension, by preparing a release in a federal case, I am now subject to a suspension from practice in the federal courts for a two year period. While I have appealed this ruling to the Third Circuit Court of Appeals, I am obligated to withdraw my appearance in your case and direct you to seek other counsel.

    I know you have no idea how to accomplish this and I spoke to Leigh Bechtle, Esq. yesterday and he said he was going to consider representing you. Please call me when you receive this letter for it will be necessary for you to retain new counsel.

    I sincerely regret this development and while I disagree with the ruling, I am obligated to comply unless I receive a "stay" from the Third Circuit.

Sincerely,

Frank J. Marcone

FJM/sm

**Frank J. Marcone, Esquire**
*Attorney at Law*
*2530 North Providence Road, Upper Providence, Pennsylvania 19063*

484 442 8305                                                                           Fax 484 442 8306

*federal practice only*

May 19, 2009

RONALD MASH, t/a
EAGLE MASONRY
3017 Cardin Place                                         : Number 07-3090
Eagleville, Pa 19403

Re: Ron Mash v. Haverford Township

Dear Ron:

    As a result of an accusation that I practiced law in Pennsylvania during a suspension, by preparing a release in a federal case, I am now subject to a suspension from practice in the federal courts for a two year period. While I have appealed this ruling to the Third Circuit Court of Appeals, I am obligated to withdraw my appearance in your case and direct you to seek other counsel. I believe Wayne Bozeman, Esquire remains on the record however as you know, he will soon be unable to act as an attorney.

    I know you have no idea how to accomplish this and I spoke to Leigh Bechtle, Esq. Who may be able to properly represent you however, I am not so confident regarding the unusual nature of your claim. . Please call me when you receive this letter for it will be necessary for you to retain new counsel.

    I sincerely regret this development and while I disagree with the ruling, I am obligated to comply unless I receive a "stay" from the Third Circuit.

Sincerely,

Frank J. Marcone

FJM/sm
cc: Wayne Bozeman, Esquire

*Frank J. Marcone, Esquire*
*Attorney at Law*
*2530 North Providence Road, Upper Providence, Pennsylvania 19063*

484 442 8305                                                                                          Fax 484 442 8306

*federal practice only*

May 19, 2009

**Linda McGowan**
1928 Ridley Mill Lane,
Apt A, Woodlyn, Delaware County,
Pennsylvania 19094.

Re: McGowan v. WAWA

Dear Linda:

   As a result of an accusation that I practiced law in Pennsylvania during a suspension, by preparing a release in a federal case, I am now subject to a suspension from practice in the federal courts for a two year period. While I have appealed this ruling to the Third Circuit Court of Appeals, I am obligated to withdraw my appearance in your case and direct you to seek other counsel.

   I know you have no idea how to accomplish this and I spoke to your father yesterday and he said he was going to call you. Please call me when you receive this letter for it will be necessary for you to retain new counsel.

   I sincerely regret this development and while I disagree with the ruling, I am obligated to comply unless I receive a "stay" from the Third Circuit.

Sincerely,

Frank J. Marcone

FJM/sm

# Frank J. Marcone, Esquire
## Attorney at Law
2530 North Providence Road, Upper Providence, Pennsylvania 19063

484 442 8305                                                                                 Fax 484 442 8306

*federal practice only*

**Michael Gibbons**          May 19, 2009
32 West Baltimore Pike
Media, Pennsylvania 19063

Re: Cottman v. Gibbons

Dear Michael:

    As a result of an accusation that I practiced law in Pennsylvania during a suspension, by preparing a release in a federal case, I am now subject to a suspension from practice in the federal courts for a two year period. While I have appealed this ruling to the Third Circuit Court of Appeals, I am obligated to withdraw my appearance in your case and direct you to seek other counsel.

    Fortunately Steve Palmer has been involved since the inception of this matter so you will not need to retain new counsel. Please call me when you receive this letter.

    I sincerely regret this development and while I disagree with the ruling, I am obligated to comply unless I receive a "stay" from the Third Circuit.

Sincerely,

Frank J. Marcone

FJM/sm

*Frank J. Marcone, Esquire*
*Attorney at Law*
*2530 North Providence Road, Upper Providence, Pennsylvania 19063*

484 442 8305                                                                                    Fax 484 442 8306

*federal practice only*

May 19, 2009

Thomas Touhey
116 W. Winona Avenue
Norwood, PA 19074

Re: US v. Tuohey

Dear Tom:

    As a result of an accusation that I practiced law in Pennsylvania during a suspension, by preparing a release in a federal case, I am now subject to a suspension from practice in the federal courts for a two year period. While I have appealed this ruling to the Third Circuit Court of Appeals, I am obligated to withdraw my appearance in your case and direct you to seek other counsel. .

    . I know you have no idea how to accomplish this. Please call me when you receive this letter for it will be necessary for you to retain new counsel.

    I sincerely regret this development and while I disagree with the ruling, I am obligated to comply unless I receive a "stay" from the Third Circuit.

Sincerely,

Frank J. Marcone

FJM/sm

# Frank J. Marcone, Esquire
## Attorney at Law
### 2530 North Providence Road, Upper Providence, Pennsylvania 19063

484 442 8305                                                              Fax 484 442 8306

*federal practice only*

May 18, 2009

**Jose Luis Ortega**
850 Penngreen Road,
Landenberg, Pennsylvania 19350.

Re: United States v. Ortega

Dear Jose:

    As a result of an accusation that I practiced law in Pennsylvania during a suspension, by preparing a release in a federal case, I am now subject to a suspension from practice in the federal courts for a two year period. While I have appealed this ruling to the Third Circuit Court of Appeals, I am obligated to withdraw my appearance in your case and direct you to seek other counsel.

    I suggest you make an application to the Federal Public Defender for further representation.. Please write to me when you receive this letter.

    I sincerely regret this development and while I disagree with the ruling, I am obligated to comply unless I receive a "stay" from the Third Circuit.

Sincerely,

Frank J. Marcone

FJM/sm

*Frank J. Marcone, Esquire*

*Attorney at Law*

*2530 North Providence Road, Upper Providence, Pennsylvania 19063*

484 442 8305                                                                                          Fax 484 442 8306

*federal practice only*

**Michael Gibbons**          May 19, 2009
32 West Baltimore Pike
Media, Pennsylvania 19063

Re: Cottman v. Gibbons

Dear Michael:

    As a result of an accusation that I practiced law in Pennsylvania during a suspension, by preparing a release in a federal case, I am now subject to a suspension from practice in the federal courts for a two year period. While I have appealed this ruling to the Third Circuit Court of Appeals, I am obligated to withdraw my appearance in your case and direct you to seek other counsel.

    Fortunately Steve Palmer has been involved since the inception of this matter so you will not need to retain new counsel. Please call me when you receive this letter.

    I sincerely regret this development and while I disagree with the ruling, I am obligated to comply unless I receive a "stay" from the Third Circuit.

Sincerely,

Frank J. Marcone

FJM/sm

*Frank J. Marcone, Esquire*
*Attorney at Law*
*2530 North Providence Road, Upper Providence, Pennsylvania 19063*

484 442 8305                                                                                             Fax 484 442 8306

*federal practice only*

May 18, 2009

**Billie Marie Mniecznikowski**
3408 Fourth Street
Trainer, Pennsylvania 19061.


Re: Bankruptcy


Dear Billie

    As a result of an accusation that I practiced law in Pennsylvania during a suspension, by preparing a release in a federal case, I am now subject to a suspension from practice in the federal courts for a two year period. While I have appealed this ruling to the Third Circuit Court of Appeals, I am obligated to withdraw my appearance in your case and direct you to seek other counsel.

    I have spoken to Ken Sexton, Esquire who has agreed to compete the present requirements with my help.. Please write to me when you receive this letter.

    I sincerely regret this development and while I disagree with the ruling, I am obligated to comply unless I receive a "stay" from the Third Circuit.

Sincerely,

Frank J. Marcone

FJM/sm
cc: Ken Sexton, Esquire

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 0363 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 05/21/2009 |

Postmark Here

Sent To: Billie Mniecznikowski
Street, Apt. No.; or PO Box No.: 3408 West Forth Street
City, State, ZIP+4: Trainer, PA 19061

PS Form 3800

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 0363 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 05/21/2009 |

Postmark Here

Sent To: Thomas Tuohey
Street, Apt. No.; or PO Box No.: 116 West Winona Avenue
City, State, ZIP+4: Norwood, PA 19074

PS Form 3800

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 0363 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 05/21/2009 |

Postmark Here

Sent To: Michael Gibbons
Street, Apt. No.; or PO Box No.: 32 West Baltimore Pike
City, State, ZIP+4: Media, PA 19063

PS Form 3800

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 0363 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 05/21/2009 |

Postmark Here

Sent To: Jose Luis Ortega
Street, Apt. No.; or PO Box No.: 850 Penn Green Road
City, State, ZIP+4: Landenberg, PA 19350

PS Form 3800

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 0363 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 05/21/2009 |

Postmark Here

Sent To: David Hatchigian
Street, Apt. No.; or PO Box No.: 309 Matsonford Road
City, State, ZIP+4: Wayne, PA 19087

PS Form 3800

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 0363 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 05/21/2009 |

Postmark Here

Sent To: Linda McGowan
Street, Apt. No.; or PO Box No.: 1928 Ridley Mill Road
City, State, ZIP+4: Woodlyn, PA 19094

PS Form 3800

**Return Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Tuohey
116 West Winona Avenue
Norwood, PA 19074

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature
  X
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
  ☐ Certified Mail    ☐ Express Mail
  ☐ Registered        ☐ Return Receipt for Merchandise
  ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7005 1620 0000 1150 6383

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**Return Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Gibbons
32 West Baltimore Pike
Media, PA 19063

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature
  X
  ☐ Agent
  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
  ☑ Certified Mail    ☐ Express Mail
  ☐ Registered        ☐ Return Receipt for Merchandise
  ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7005 1620 0000 1150 6390

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Jose Luis Ortega
850 Penn Green Road
Landenberg, PA 19350

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7005 1820 0000 1150 6406

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

David Hatchigian
309 Matsonford Road
Wayne, PA 19087

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7005 1820 0000 1150 6413

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ronald Mash
   Eagle Masonry
   3017 Cardin Place
   Eagleville, PA 19403

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
   X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7005 1820 0000 1150 6420

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Linda McGowan
   1928 Ridley Mill Road
   Woodlyn, PA 19094

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
   X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7005 1820 0000 1150 6437

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. and Mrs. Thomas Scavello
4039 Steeplechase Drive
Collegeville, PA 19046

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

7005 1820 0000 1150 7267

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Billie Mniecznikowski
3408 West Forth Street
Trainer, PA 19061

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

7005 1820 0000 1150 6376

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

# Frank J. Marcone, Esquire

2530 North Providence Road, Upper Providence, Pennsylvania 19063

484 442 8305

Fax 484 442 8306

May 16, 2009

To whom it may concern:

David Hatchigian a client of Frank J. Marcone, has been informed by Mr. Marcone, that pursuant to an Order of the Court dated April 30th, 2009, he is subject to a suspension from practice and will no longer be able to assist me in handling the following cases:

Hatchigian v. Bogen Matrix, No. 06 cv 5551. This case has been settled and Judge Slomsky has endorsed an Order directing it be settled pursuant to an agreement.

Hathigian v. Travelers Insurance Co. This case is presently settled and releases have been exchanged.

Hatchigian v. State Farm Insurance Company, No. 07 cv 3217 is in settlement negotiations and Mr. Marcone has recommended Mr. Michael McCarrin, Frank J. Marcone, Esquire to represent me. I will be meeting with Mr. McCarrin this coming week. I understand there have been very active negotiations to settle this case and settlement is imminent.

David Hatchigian

May 16, 2009