

# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 1510 Disciplinary Docket No. 3 |
| | : |
| FRANK J. MARCONE | : Board File No. C2-09-475 |
| | : |
| | : (United States District Court for the |
| | : Eastern District of Pennsylvania, |
| | : Miscellaneous Action No. 08-164) |
| | : |
| | : Attorney Registration No. 8967 |
| | : (Delaware County) |

FILED JAN 05 2010 MICHAEL E. KUNZ, Clerk By \_\_\_\_ Dep. Clerk

## ORDER

**PER CURIAM:**

AND NOW, this 29th day of December, 2009, Frank J. Marcone having been suspended from the practice of law in the United States District Court for the Eastern District of Pennsylvania for a period of two years by Order of the United States District Court for the Eastern District of Pennsylvania dated April 30, 2009; the said Frank J. Marcone having been directed on September 10, 2009, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Frank J. Marcone is suspended from the practice of law in this Commonwealth for a period of two years and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

A True Copy Patricia Nicola
As of December 29, 2009
Attest: _Patricia Nicola_
Chief Clerk
Supreme Court of Pennsylvania